IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SHIFLET**                                                                       **PLAINTIFF**

v.                         **CASE NO. 2:22-CV-00161-BSM**

**JOHN YATES**                                                                           **DEFENDANT**

**ORDER**

After *de novo* review, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 8] is adopted, John Yates's motion to dismiss [Doc. No. 6] is granted, and Robert Shiflet's petition for habeas relief is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April, 2023.

                                                                                _____
                                                                             UNITED STATES DISTRICT JUDGE