IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SHIFLET**                                                                **PLAINTIFF**

v.                                         **CASE NO. 2:22-CV-00161-BSM**

**JOHN YATES**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE